IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDON L. CLARO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ASH GROVE CEMENT COMPANY, a Foreign corporation,<br><br>Defendant. | NO. 2:21-cv-00097<br><br>DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) |

PLEASE TAKE NOTICE that Defendant Ash Grove Cement Company files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Defendant removes this case from the Superior Court for the County of King, Washington, in which the case was commenced and pending, to the U.S. District Court for the Western District of Washington, being the district embracing the place where the case is pending. In support of this removal, Defendant states as follows:

**PROCEDURAL HISTORY**

1. On December 28, 2020, Plaintiff Landon L. Claro personally served process upon Defendant's registered agent, Corporation Service Company. A copy of Plaintiff's

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) - 1

No. 2:21-cv-00097

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

1  Complaint is included herewith as **Exhibit 1.** Plaintiff did not simultaneously file his
2  Complaint in the King County Superior Court, however.

3       2.     Plaintiff's Complaint alleges that he was injured while working at Defendant's
4  premises when a "roll-up bay door came down suddenly and struck him…" (*See* Compl. at ¶
5  2.1-2.5).

6       3.     On January 22, 2021, Plaintiff filed his lawsuit in the King County Superior
7  Court for the State of Washington under Cause No. 21-2-00966-9 KNT.[1]

8       4.     Pursuant to 28 U.S.C. § 1446(b)(1), this removal was timely effected within 30
9  days of service of the Summons and Complaint upon Defendant.

## DIVERSITY JURSIDICTION

11       5.     This Court has original jurisdiction under 28 U.S.C. § 1332 because there is
12  complete diversity among Plaintiff and Defendant and Defendant in good faith believes that the
13  amount in controversy exceeds $75,000.00.

14       6.     Plaintiff has alleged himself a resident of the State of Washington. (*See* Compl.
15  at ¶ 1.2).

16       7.     Plaintiff's Complaint correctly notes that Defendant is a foreign corporation.
17  (*See* Compl. at ¶ 1.3). In fact, Defendant is a Delaware corporation with a principal place of
18  business in Kansas. A true and correct copy of Defendant's January 28, 2020 annual report
19  filed with the Washington Office of the Secretary of State confirming this is included herewith
20  as **Exhibit 2.**

21       8.     Defendant is therefore a Delaware and Kansas citizen for purposes of diversity
22  jurisdiction. 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every

---

[1] Defendant, upon information and belief, understands that Plaintiff actually filed the case the evening of January 21, 2021. However, the lawsuit is believed to have been filed after 4:30 p.m., the time when the King County Superior Court closes. *See* King County Local Civil Rule 77(f)(2)(A). Accordingly, court records consider it to be filed the following day.

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) - 2

No. 2:21-cv-00097

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…").

9. There is therefore complete diversity among the Plaintiff, a Washington citizen, and Defendant, a Delaware and Kansas citizen.

10. Plaintiff's Complaint does not list the dollar amount for which he prays. However, Defendant believes in good faith that the amount claimed by Plaintiff, and therefore in controversy, is in excess of $75,000.00. *See generally Saint Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288, 58 S. Ct. 586, 82 L.Ed. 845 (1938).

11. Plaintiff's Complaint alleges that Plaintiff was struck on the shoulder and head "causing him severe personal injuries." (*See* Compl. at ¶ 2.5). Plaintiff reiterates in his Complaint's damages section that he "was caused to be severely injured" by the alleged incident, including requiring medical attention for alleged injuries that "prevail and will continue to prevail for an indefinite time in the future." (*See* Compl. at ¶ 3.1-3.2). Plaintiff's Complaint also seeks reimbursement for medical expenses, "a loss of earnings and a diminished earning capacity," and general damages.

12. Accordingly, this Court has original jurisdiction over this action under the federal diversity statute, 28 U.S.C. § 1332(a)(1), because the amount in controversy is believed to exceed the sum or value of $75,000 and complete diversity exists.

**INTRADISTRICT ASSIGNMENT AND OTHER MATTERS**

13. Pursuant to Local Rules, removal to the Seattle Division of the U.S. District Court for the Western District of Washington is appropriate because the original state court venue of Plaintiff's action is King County, and because the alleged claim arose in King County.

14. Defendant has filed or will file with the state court clerk a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d). A copy of that notice will be included with the full state court record pursuant to W.D. Wash. LCR 101(c).

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) - 3

No. 2:21-cv-00097

FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484

15. By filing this Notice of Removal, Defendant reserves the right to assert any defenses they may possess in this action, including but not limited to any defenses under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, the above-captioned action against Defendant is hereby removed to this Court under 28 U.S.C. §§ 1332, 1441 and 1446, and Defendant respectfully requests that all further proceedings in this Action be conducted in this Court as provided by law.

DATED this 26th day of January, 2021.

FLOYD, PFLUEGER & RINGER, P.S.

By: _____
Francis S. Floyd, WSBA No. 10642
Attorney for Defendant Ash Grove Cement Company

FLOYD, PFLUEGER & RINGER, P.S.

By: _____
William J. Dow, WSBA No. 51155
Attorney for Defendant Ash Grove Cement Company

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) - 4

No. 2:21-cv-00097

FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT via the method indicated below to the following parties:

| | | |
|---|---|---|
| Daniel R. Whitmore<br>Law Offices of Daniel R. Whitmore<br>6840 Fort Dent Way, Suite 210<br>Tukwila, WA 98188<br>dan@whitmorelawfirm.com | *Counsel for Plaintiff* | [ ] Via Messenger<br>[X] Via ECF<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |

DATED this 26th day of January, 2021.

_____
Monica R. Howard, Legal Assistant

---

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (DIVERSITY OF CITIZENSHIP) - 5

No. 2:21-cv-00097

FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484