HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDON L. CLARO, individually,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ASH GROVE CEMENT COMPANY, a foreign corporation,<br><br>　　　　　　Defendant. | NO. 2:21-cv-00097-JCC<br><br>STIPULATION AND **[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

　　　　Plaintiff and Defendant, through their undersigned attorneys, hereby stipulate under Fed. R. Civ. P. § 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

　　　　SO STIPULATED this 9th day of November, 2021.

| | |
|---|---|
| LAW OFFICES OF DANIEL R. WHITMORE, P.S. | FLOYD, PFLUEGER & RINGER, P.S. |
| By: */s/ Daniel Whitmore w/email consent 11/9/21*<br>　　Daniel Whitmore, WSBA No. 24012<br>　　Attorney for Plaintiff | By: */s/ William J. Dow*<br>　　William J. Dow, WSBA No. 51155<br>　　Attorney for Defendant |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

**ORDER**

    This matter, having come before the Court on the foregoing stipulation, and the Court finding good cause, hereby orders that this case shall be dismissed with prejudice and without an award of costs or fees to any party. The Clerk is directed to enter this Order and dismissal with prejudice of this action.

IT IS SO ORDERED.

Dated: _____

                                    Hon. John C. Coughenour
                                    United States District Court Judge

PRESENTED BY:

| LAW OFFICES OF DANIEL R. WHITMORE, P.S. | FLOYD, PFLUEGER & RINGER, P.S. |
|---|---|
| By: */s/ Daniel Whitmore w/email consent 11/9/21*<br>Daniel Whitmore, WSBA No. 24012<br>Attorney for Plaintiff | By: */s/ William J. Dow*<br>William J. Dow, WSBA No. 51155<br>Attorney for Defendant |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484